# United States Court of Appeals
# for the Fifth Circuit

———————

No. 23-20561
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

February 27, 2024

Lyle W. Cayce
Clerk

Marcus Edward Adams,

*Plaintiff—Appellant*,

*versus*

Harris County Court System,

*Defendant—Appellee*.

———————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:23-CV-3370

———————————————————

Before Jolly, Engelhardt, and Douglas, *Circuit Judges*.

Per Curiam:[*]

Marcus Edward Adams has filed a pro se appeal from the district court's dismissal of his 42 U.S.C. § 1983 complaint without prejudice. However, he does not meaningfully address the district court's stated reasons for dismissing his complaint. *See Brinkmann v. Dallas Cnty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987). In failing to do so, he has

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-20561

abandoned any challenge to the district court's dismissal of his complaint. *See id.*

Accordingly, the judgment of the district court is AFFIRMED.